**Christopher PACE, Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. WD 53555.**

Missouri Court of Appeals,
Western District.

Jan. 13, 1998.

Andrew A. Schroeder, Asst. Appellate Defender, Kansas City, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Meghan J. Stephens, Asst. Atty. Gen., Jefferson City, for respondent.

Before ELLIS, P.J., and HOWARD and RIEDERER, JJ.

***ORDER***

PER CURIAM.

Christopher Pace appeals his conviction for one count of unlawful use of a weapon—discharging a firearm into a dwelling. § 571.030.1(3) RSMo 1994. Having carefully considered the contentions on appeal, we conclude the judgment should be affirmed. A published opinion would lack precedential value. A memorandum as to the reasons for

our decision has been furnished to the parties.

Judgment affirmed.   Rule 30.25(b).